UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                  Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>HARVEY ANDERSON and DARLEEN ANDERSON,<br><br>                  Defendants. | NO:  CV-12-447-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80205-PCW11<br><br>ORDER DISMISSING CASE WITH PREJUICE |

Pursuant to the Stipulation and Order of Dismissal filed in this matter in Bankruptcy Court under case number 09-06194-PCW11, adversary number 11-80205, this Court hereby dismisses this case with prejudice and without costs to

ORDER DISMISSING CASE WITH  PREJUICE ~ 1

1  any party. Any pending motions are denied as moot, and any pending court dates
2  are hereby stricken.
3      The District Court Clerk is hereby directed to enter this Order and to provide
4  copies to counsel.
5      **DATED** this 16th day of August 2013.

                *s/ Rosanna Malouf Peterson*
            ROSANNA MALOUF PETERSON
         Chief United States District Court Judge

ORDER DISMISSING CASE WITH  PREJUICE ~ 2